```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 12827
   NICOLE A MCCRANEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-1436
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

        The case was filed on 07/18/2007 and was confirmed 08/29/2007.

        The plan was confirmed to pay secured creditors 100% and unsecured creditors  10.00%.

        The case was dismissed after confirmation 11/05/2008.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT CO LLC | SECURED VEHIC | 19725.00 | 1828.45 | .00 |
| ACS COLLEGE LN CORP | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | 4726.00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 6599.59 | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 200.00 | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ERS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1365.46 | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 586.91 | .00 | .00 |
| EMERGE MASTERCARD | UNSECURED | 767.91 | .00 | .00 |
| MALCOLM S GERALD | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 729.28 | .00 | .00 |
| PAYDAY OK | UNSECURED | NOT FILED | .00 | .00 |
| SATWART KING | UNSECURED | NOT FILED | .00 | .00 |
| STATE COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| TATE & KIRLIN | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 463.24 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 134.61 | .00 | .00 |
| ELLA MEEKS | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 1410.97 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1157.04 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 966.58 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | 3,314.00 | | 3,271.95 |
| TOM VAUGHN | TRUSTEE | | | 399.60 |
| DEBTOR REFUND | REFUND | | | 230.73 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12827 NICOLE A MCCRANEY

Summary of Receipts and Disbursements:

---

|                       | RECEIPTS   | DISBURSEMENTS |
|-----------------------|-----------:|--------------:|
| TRUSTEE               | 5,730.73   |               |
| PRIORITY              |            | .00           |
| SECURED               |            | .00           |
| INTEREST              |            | 1,828.45      |
| UNSECURED             |            | .00           |
| ADMINISTRATIVE        |            | 3,271.95      |
| TRUSTEE COMPENSATION  |            | 399.60        |
| DEBTOR REFUND         |            | 230.73        |
| TOTALS                | 5,730.73   | 5,730.73      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/25/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE